TS-9488                                                            1

En el Tribunal Supremo de Puerto Rico

| IN RE:                    |            |
|---------------------------|------------|
| MYRNA TORRES SANTIAGO     | 99TSPR69   |

Número del Caso: TS-9488

Abogados de la Parte Querellante: LCDA. MADY PACHECO GARCIA DE LA
NOCEDA
DIRECTORA EJECUTIVA COLEGIO DE ABOGADOS

Abogados de la Parte Querellada: POR DERECHO PROPIO

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 5/7/1999

Materia:

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    Myrna Torres Santiago          TS-9488

RESOLUCION

San Juan, Puerto Rico, a 7 de mayo de 1999

I

    El pasado 12 de marzo de 1999, mediante Opinión <u>Per Curiam</u>, suspendimos a la Lcda. Myrna Torres Santiago del ejercicio de la profesión de abogado y la notaría por no haber satisfecho la cuota anual del Colegio de Abogados y haber hecho caso omiso a nuestras notificaciones remitidas por correo certificado a su dirección en récord.

    Notificada la Lcda. Torres Santiago el 5 de abril, el Alguacil del Tribunal se incautó de su obra y sello notarial para ser remitida a la Oficina de Inspección de Notarías.

    El 6 de abril, Torres Santiago nos solicitó urgentemente su reinstalación, exponiendo que la falta de pago de la cuota se debió a problemas de índole económico y familiar, entre ellos la grave enfermedad y posterior muerte de su madre. Aduce que no ha cambiado de dirección y que tiene la impresión de que la correspondencia remitídale fue sustraída del buzón. Finalmente, expone haber satisfecho la cuota correspondiente.

## II

A la luz de lo antes expuesto, no procede reconsiderar la suspensión original decretada, que fue efectiva el día de la notificación. En su lugar, limitamos la suspensión al período de tiempo transcurrido y reinstalamos a la abogacía a la Lcda. Torres Santiago hoy.

Oportunamente la Oficina de Inspección de Notarías nos rendirá un Informe en torno a su obra notarial.

Se le apercibe a la Lcda. Torres Santiago del estricto cumplimiento en el futuro de sus responsabilidades como abogada.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López y la Juez Asociada señora Naveira de Rodón no intervinieron.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo